

# In the Court of Criminal Appeals of Texas

====

No. PD-0848-20

====

STOYAN K. ANASTASSOV,
*Appellant*

v.

THE STATE OF TEXAS

---

On State's Petition for Discretionary Review
From the Fifth Court of Appeals
Dallas County

---

YEARY, J., filed a concurring opinion.

I join the Court's opinion, with the understanding that the continuing viability of the plurality opinion in *State v. Crook*, 248 S.W.3d 172 (Tex. Crim. App. 2008) (plurality opinion), remains an open

question. *See* Majority Opinion at 10, n.7.

**FILED:**  October 5, 2022
**PUBLISH**